IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| KERRY MARSHALL | : | NO. 00-385 |

## ORDER

**AND NOW**, this 14th day of March, 2022, upon consideration of Defendant's "Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)" (Docket No. 90), the Government's opposition thereto, all documents filed in connection with the Motion and opposition, and the Hearing held on December 15, 2021, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED** insofar as it seeks a determination that Defendant presents an "extraordinary and compelling" reason warranting relief under the First Step Act of 2018;

2. The Motion is **DEFFERED** insofar as it seeks a determination as to an appropriate sentencing modification;

3. The Court, in due course, will schedule a hearing at which we will consider argument and any evidence concerning the factors set forth in 18 U.S.C. § 3553(a).

BY THE COURT:

s/ John R. Padova_____
John R. Padova, J.